**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Elizabeth D. Laporte<br>U.S. Magistrate Judge | **RE:** | DENSON, Tahren |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:17-CR-00518-1 |
| **Date:** | 6/18/18 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Brad Wilson                                                                  415-436-7511

U.S. Pretrial Services Officer                                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ **XX** Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____E____ on _June 27, 2018_ at _10:00 am_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____
_____

_Elizabeth D. Laporte_ (signature)                    June 20, 2018
**JUDICIAL OFFICER**                                         **DATE**
Elizabeth D. Laporte
United States Magistrate Judge