STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:     415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant DENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 17-0518 WHO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE |
| TAHREN DENSON, | |
| Defendant. | |

Defendant Tahren Denson is scheduled to be sentenced by this Court on August 2, 2018 at 1:30 p.m. To provide additional time for the Presentence Report to be prepared, the parties jointly request that the hearing be continued to August 16, 2018 at 1:30 p.m. The U.S. Probation Officer assigned to this case joins in this request.

SO STIPULATED.

| | |
|---|---|
| June 28, 2018 | /s/ |
| Date | SAMANTHA SCHOTT |
| | Assistant U.S. Attorney |
| | |
| June 28, 2018 | /s/ |
| Date | JODI LINKER |
| | Attorney for Defendant Denson |

IT IS SO ORDERED.

| | |
|---|---|
| June 28, 2018 | |
| Date | WILLIAM H. ORRICK |
| | United States District Judge |