ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SAMANTHA SCHOTT (NYBN 5132063)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.schott@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-0518 WHO |
| Plaintiff, | SEALING APPLICATION AND SEALING ORDER |
| v. | |
| TAHREN DENSON, | |
| Defendant. | |

    The United States respectfully requests that Exhibit 2 to the Government's Sentencing Memorandum in the above-captioned case be filed under seal until further order of the Court. The sealing application is requested to protect the confidentiality of the victims, many of whom describe private and personal hardships and losses that they suffered, who are identified in that Exhibit.

//

//

//

//

//

//

SEALING APPLICATION & ORDER
CR-17-0518 WHO

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: August 8, 2018              Respectfully submitted,

                                   ALEX G. TSE
                                   United States Attorney


                                   _____/s/_____
                                   SAMANTHA SCHOTT
                                   Special Assistant United States Attorney


**ORDER**

On the government's application, Exhibit 2 to the Government's Sentencing Memorandum shall be filed under seal until further order of the court to protect the confidentiality of the victims who are identified in Exhibit 2.

**IT IS SO ORDERED**.

DATED: August 10, 2018

                                   HON. WILLIAM H. ORRICK
                                   UNITED STATES DISTRICT COURT JUDGE

SEALING APPLICATION & ORDER
CR-17-0518 WHO