UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** March 7, 2019  **Time:** 5 minutes  **Judge:** WILLIAM H. ORRICK
2:24 p.m. to 2:29 p.m.

**Case No.**: 17-cr-00518-WHO-1   **Case Name:** UNITED STATES v. Denson

**Attorney for Plaintiff:**  Sheila Armbrust
**Attorney for Defendant:**  Jodi Linker
Defendant **Tahren Denson** – present, O/R

**Deputy Clerk:** Jean Davis   **Court Reporter:** Vicki Eastvold
**Interpreter:** n/a   **Probation Officer:** Alton Dural

### PROCEEDINGS

Parties appear for status conference regarding Ms. Denson's progress on supervised release. She has been testing negative for drug use, working long hours at more than one job, and generally doing well. There is some concern that her work schedule is interfering with her attention to treatment. She was terminated from her therapy program because she missed two appointments. Her living environment is also somewhat concerning due to use of marijuana by others in the residence.

**CASE CONTINUED TO: June 27, 2019 at 1:30 p.m. for further Status Conference**