STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant DENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAHREN DENSON,<br><br>Defendant. | Case No. CR 17-0518 WHO (TSH)<br><br>[~~PROPOSED~~] ORDER |
|---|---|

For the reasons stated on the record, and for good cause shown, the Court hereby ORDERS that defendant Tahren Denson be released from the custody of the U.S. Marshal Service forthwith. Ms. Denson shall remain on the same terms of conditions of supervised release as previously order by the Court with the additional condition that she shall participate in residential substance abuse treatment as directed by the U.S. Probation Officer. Ms. Denson shall reside with her mother until directed otherwise by her probation officer.

IT IS SO ORDERED.

 November 8, 2019
Date

THOMAS S. HIXSON
United States Magistrate Judge

US v. Denson, Case No. 17-0518 WHO (TSH);
STIP & [PROPOSED] ORDER          1