STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant DENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TAHREN DENSON, <br><br> Defendant. | Case No. CR 17-0518 WHO <br><br> STIPULATION AND ORDER TO CONTINUE |

*US v. Denson*, Case No. 17-0518 WHO;
STIP & ORDER TO CONTINUE                1

Defendant Tahren Denson is scheduled to appear before the Court on November 14, 2019, at 1:30 p.m., for a status conference on her alleged violations of the conditions of her supervised release. Ms. Denson is scheduled to begin residential substance abuse treatment on November 13, 2019. As the program prefers that Ms. Denson not leave during these first thirty days of treatment, the parties request that the hearing be continued to December 19, 2019 at 1:30 p.m.

SO STIPULATED.

November 12, 2019  
Date

\_\_\_\_/S_____  
SAMANTHA SCHOTT  
Assistant U.S. Attorney

November 12, 2019  
Date

\_\_\_\_/S_____  
JODI LINKER  
Attorney for Defendant Denson

IT IS SO ORDERED.

November 13, 2019  
Date

_____  
WILLIAM H. ORRICK  
United States District Judge