UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** January 23, 2020      **Time:** 4 minutes  2:10 p.m. to 2:14 p.m.      **Judge:** WILLIAM H. ORRICK

**Case No.**: 17-cr-00518-WHO-1      **Case Name:** UNITED STATES v. Denson

**Attorney for Plaintiff:**   Lina Peng
**Attorney for Defendant:**   Jodi Linker
                              Defendant **Tahren Denson** – present, O/R

**Deputy Clerk:** Jean Davis            **Court Reporter:** Ana Dub
**Interpreter:** n/a                    **Probation Officer:** Alton Dural

### PROCEEDINGS

Parties appear for status conference regarding supervised release violation. Ms. Denson is expected to complete the women's residential treatment program at Center Point on February 12, 2020. She will likely transition to her mother's residence at that time. The state charges are still pending, and the resolution of those charges will impact this action.

**CASE CONTINUED TO: March 19, 2020 at 1:30 p.m. for further Status Conference**.