STEVEN G. KALAR
Federal Public Defender
ELISSE LAROUCHE
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Elisse_Larouche@fd.org

Counsel for Defendant DENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAHREN DENSON,<br><br>Defendant. | Case No. CR 17-0518 WHO<br><br>**STIPULATION AND ORDER TO CONTINUE** |

Defendant Tahren Denson is scheduled to appear before the Court on August 13, 2020, at 1:30 p.m., for a status conference on her alleged violations of the conditions of her supervised release. Ms. Denson has completed residential treatment and is doing well on supervision. Her state court matter, which serves as the basis for one of the allegations in the Form 12, has yet to resolve and the parties believe the federal matter should trail the state matter. Accordingly, the parties, as well as the U.S. Probation Officer, request that the hearing be continued to September 17, 2020 at 1:30 p.m.

SO STIPULATED.

August 10, 2020  
Date

___/S_____  
SAMANTHA SCHOTT BENNETT  
Assistant U.S. Attorney

August 10, 2020  
Date

__/S_____  
ELISSE LAROUCHE  
Attorney for Defendant Denson

IT IS SO ORDERED.

August 10, 2020  
Date

_____  
WILLIAM H. ORRICK  
United States District Judge